UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-060

No. 20-8021

MICHAEL JOHNSON, on behalf of himself and all others similarly situated,

v.

COMODO GROUP INC; COMODO CA INC,

COMODO GROUP INC,
Petitioner

(D.N.J. No. 2-16-cv-04469)

Present:  JORDAN, KRAUSE, and MATEY, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. § 1292(b) filed by Petitioner Comodo Group Inc.;

2. Motion filed by Petitioner Comodo Group Inc to Seal Appendix Volume II;

3. Sealed Response filed by Respondent Michael Johnson to original proceeding Petition;

4. Motion filed by Respondent Michael Johnson to Seal Opposition to Petition for Permission to Seal and Confidential Appendix.

                                                                  Respectfully,
                                                                  Clerk/lmr

_____ORDER_____

The petition for permission to appeal under 28 U.S.C. § 1292(b) is granted as to the automatic telephone dialing system (ATDS) issue certified by the District Court, but it is denied as to the prerecorded message issue.  The motions to seal are granted.

Proceedings in the District Court shall continue to be stayed pending interlocutory review.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: May 11, 2020
Lmr/cc: Sergei Lemberg
Lauri A. Mazzuchetti
Paul A. Rosenthal
Whitney M. Smith
David Zalman
Charles J. Falletta
Jeffrey J. Greenbaum
Jonathan Kossak

A True Copy:

Patricia S. Dodszuweit, Clerk